HAIG A. HARRIS, JR., SBN 40494
NEIL S. TURNER, SBN 75152
SCAMPINI, MORTARA & HARRIS
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Phone:   (415) 421-8556
Fax:      (415) 296-9322
hharris@smhlaw.net
nturner@smhlaw.net

Attorneys for Plaintiff
AMBER HAASE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMBER HAASE,<br><br>          Plaintiff,<br><br>     vs.<br><br>AERODYNAMICS INCORPORATED, a corporation; ADI SHUTTLE GROUP, LLC, a limited liability company; and DOES ONE through fifty, inclusive,<br><br>          Defendants. | CASE NO.   2:09-CV-01751-MCE-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND** |

**STIPULATION**

Plaintiff, Amber Haase and Defendants, Aerodynamics, Incorporated and ADI Shuttle Group, LLC, hereby agree and stipulate to continue the hearing date on plaintiff's Motion to Remand from its presently scheduled date of August 27, 2009 at 2:00 p.m. in Room 7 to September 10, 2009 at 2:00 p.m. in Room 7.

PDF created with pdfFactory trial version www.pdffactory.com

**SCAMPINI, MORTARA & HARRIS**

DATED: _____   by:   /s/ Neil S. Turner
                                        Neil S. Turner, Esq.
                                        Attorneys for Plaintiff Amber Haase


**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

DATED: _____   by:   /s/
                                        Regan A.W. Herald, Esq.
                                        Attorneys for Defendants Aerodynamics,
                                        Inc. and ADI Shuttle Group, LLC

**ORDER**

Pursuant to the parties stipulation the Court hereby Orders that the hearing on plaintiff's Motion to Remand is continued to September 10, 2009 at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

DATED: August 10, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com