(Counsel for the parties listed on next page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMBER HAASE, | No. 2:09-cv-01751-MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |
| AERODYNAMICS INCORPORATED, a corporation; ADI SHUTTLE GROUP, LLC, a limited liability company; and DOES ONE through fifty, inclusive, | |
| Defendants. | |

1 | HAIG A. HARRIS, JR., (SB# 40494)
  | NEIL S. TURNER, (SB# 75152)
2 | SCAMPINI, MORTARA & HARRIS
  | 220 Montgomery Street, Suite 800
3 | San Francisco, CA  94104
  | Phone:   (415) 421-8556
4 | Fax:       (415) 296-9322
  | hharris@smhlaw.net
5 | nturner@smhlaw.net

6 | Attorneys for Plaintiff
  | AMBER HAASE

7 |

  | PAUL, HASTINGS, JANOFSKY & WALKER LLP
8 | NANCY L. ABELL (SB# 088785)
  | 515 South Flower Street, 25th Floor
9 | Los Angeles, CA  90071-2228
  | Telephone: (213) 683-6000
10 | Facsimile: (213) 627-0705
  | nancyabell@paulhastings.com
11 |
  | PAUL, HASTINGS, JANOFSKY & WALKER LLP
12 | KATHERINE C. HUIBONHOA (SB# 207648)
  | REGAN A.W. HERALD (SB# 251879)
13 | 55 Second Street, 24th Floor
  | San Francisco, CA  94105-3441
14 | Telephone: (415) 856-7000
  | Facsimile: (415) 856-7100
15 | katherinehuibonhoa@paulhastings.com
  | reganherald@paulhastings.com
16 |
  | Attorneys for Defendants
17 | AERODYNAMICS INCORPORATED
  | ADI SHUTTLE GROUP, LLC
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

## **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Amber Haase and Defendants Aerodynamics Incorporated and ADI Shuttle Group, LLC, (collectively the "Parties") through their respective counsel, stipulate to the dismissal with prejudice of all plaintiff's claims against defendants. The Parties request that the Court dismiss this action with prejudice, each side to bear its own costs and attorneys' fees, pursuant to their stipulation.

Dated: April 2, 2010.          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
Regan A.W. Herald
Attorneys for Defendants
Aerodynamics Incorporated and
ADI Shuttle Group, LLC

Dated: March 17, 2010.          SCAMPINI, MORTARA & HARRIS

By: _____/s/_____
Haig A. Harris, Jr.
Attorneys for Plaintiff
Amber Haase

## **ORDER**

Pursuant to the Parties' stipulation and Federal Rule of Civil Procedure 41(a), the Court orders this action DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees. The Clerk of Court is hereby directed to close the file.

Dated: April 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE